**UNITED STATES of America,
Plaintiff,**

v.

**Carmen S. FRIDMAN SANTISTEBAN,
Hilcia Guadalupe Carrasquillo, Abdel
Guadalupe Tirado, Lolita Lebron So-
tomayor, Luz Maldonado Rivera, De-
fendants.**

**Crim Nos. 00–467(JAF), 00–468(JAF),
00–469(JAF), 00–472(JAF), 00–
473(JAF).**

United States District Court,
D. Puerto Rico.

Sept. 18, 2000.

Linda Backiel, San Juan, PR, for Car-
men Fridman–Santiesteban.

Jorge E. Vega–Pacheco, U.S. Attorney's
Office District of P.R., Criminal Division,
Hato Rey, PR, for U.S.

### OPINION AND ORDER

FUSTE, District Judge.

Defendants Carmen S. Fridman Santis-
teban, Hilcia Guadalupe Carrasquillo, Ab-
del Guadalupe Tirado, Lolita Lebrón Soto-
mayor, and Luz Maldonado Rivera, move
to dismiss the Government's Information
against them, alleging a violation of the
Speedy Trial Act, 18 U.S.C. § 3161 (1985).
Defendants maintain that they were ar-
rested on June 1, 2000, that the Govern-
ment filed an Information in their cases on
July 17, 2000, and that they were not made
aware of the existence of said Information
and formally charged until September 5,
2000. Thus, they allege a violation of the
thirty-day maximum statutory time period
for filing an Information created by section
3161.

Defendants are incorrect. Defendants
are charged with petty offenses, which are
Class B misdemeanors. See 18 U.S.C.
§ 19 (1999) ("As used in this title, the
term "petty offense" means a Class B
misdemeanor . . . ."). The Speedy Trial
Act does not apply to Class B misdemean-
ors. See 18 U.S.C. § 3172(a) (1985) (de-
fining "offense" to be "any Federal crimi-
nal offense which is established by Act of
Congress (other than a Class B or C mis-
demeanor or an infraction")); see also
United States v. Salgado–Hernandez, 790
F.2d 1265, 1268 (5th Cir.1986) (stating
that "Speedy Trial Act applies to felonies
and to misdemeanors other than petty of-
fenses"). Moreover, the Ninth Circuit ad-
dressed this very issue and concluded that
"[i]mproper entrance onto a military base
is a Class B Misdemeanor, to which the
Speedy Trial Act does not apply." United
States v. Boyd, 214 F.3d 1052 (9th Cir.
2000).

In accordance with the foregoing, we
find that the Speedy Trial Act does not
apply to Defendants' claims and DENY
Defendants' motions to dismiss.

**IT IS SO ORDERED.**